UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Shaamik K. Brown,

                Defendant.

---

7:18-MJ-5333(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 28, 2018 accepted the Defendant's plea of guilty to the charge of Trespassing, in violation of the provisions of section 140.05 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on June 21, 2018, it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Shaamik K. Brown, is sentenced to a pay a fine in the amount of $50.00 by January 24, 2019 or appear in this Court on January 25, 2019 to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge